Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2879 St. Rose Parkway, Suite 130A
Henderson, NV 89052
P: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD N. SMITH, an individual; | Case No.: 2:15-cv-02207-RFB-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |
| U.S. BANK, N.A., a national banking association doing business as ELAN FINANCIAL SERVICES; BMW FINANCIAL SERVICE N.A., LLC, a foreign limited liability company; FRY'S ELECTRONICS, INC. dba FIRST ELECTRONIC BANK, a foreign corporation; EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; | |
| Defendants. | |

Plaintiff, Edward N. Smith, and defendant Experian Information Solutions, Inc. ("Experian") (collectively referred to as "Parties") stipulate and agree, by and through their respective attorneys of record, and subject to the court's approval, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby

///

///

///

///

///

///

dismissed with prejudice as to Experian, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

DATED this 9th day of February, 2016.    DATED this 9th day of February, 2016.

**LAW OFFICE OF**                          **MAUPIN NAYLOR BRASTER**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                   */s/ Jennifer L. Braster*
Kevin L. Hernandez, Esq.                   Jennifer L. Braster, Esq.
Nevada Bar No. 12594                       Nevada Bar No. 9982
2879 St. Rose Parkway, Suite 130A          1050 Indigo Drive, Suite 112
Henderson, NV 89052                        Las Vegas, Nevada 89145
*Attorneys for plaintiff*                  *Attorneys for Experian Information Solutions, Inc.*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to the stipulation of plaintiff and Experian under FRCP 41(a), defendant Experian shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED: _Februay 14, 2016._