Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2879 St. Rose Parkway, Suite 130A
Henderson, NV  89052
P: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD N. SMITH, an individual; | Case No.:   2:15-cv-02207-RFB-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF FIRST ELECTRONIC BANK WITH PREJUDICE** |
| U.S. BANK, N.A., a national banking association doing business as ELAN FINANCIAL SERVICES; BMW FINANCIAL SERVICE N.A., LLC, a foreign limited liability company; FRY'S ELECTRONICS, INC. dba FIRST ELECTRONIC BANK, a foreign corporation; EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; | |
| Defendants. | |

Plaintiff, Edward N. Smith, and defendant First Electronic Bank ("FEB") (incorrectly captioned as Fry's Electronics, Inc. dba First Electronic Bank), stipulate and agree, by and through their respective attorneys of record, and subject to the court's approval, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is

///

///

///

///

///

///

hereby dismissed with prejudice as to FEB, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

DATED this 9th day of February, 2016.    DATED this 9th day of February, 2016.

**LAW OFFICE OF**                        **BALLARD SPAHR LLP**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                 */s/ Sylvia O. Semper*
Kevin L. Hernandez, Esq.                 Sylvia O. Semper, Esq.
Nevada Bar No. 12594                     Nevada Bar No. 12863
2879 St. Rose Parkway, Suite 130A        100 North City Parkway, Suite 1750
Henderson, NV 89052                      Las Vegas, Nevada 89106-4617
*Attorneys for plaintiff*                *Attorneys for First Electronic Bank.*

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FIRST ELECTRONIC BANK

Pursuant to the foregoing stipulation of plaintiff and FEB under FRCP 41(a), defendant FEB shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED: February 14, 2016.