Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2879 St. Rose Parkway, Suite 130A
Henderson, NV 89052
P: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD N. SMITH, an individual; <br><br> Plaintiff, <br><br> v. <br><br> U.S. BANK, N.A., a national banking association doing business as ELAN FINANCIAL SERVICES; BMW FINANCIAL SERVICE N.A., LLC, a foreign limited liability company; FRY'S ELECTRONICS, INC. dba FIRST ELECTRONIC BANK, a foreign corporation; EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; <br><br> Defendants. | Case No.:  2:15-cv-02207-RFB-PAL <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF BMW FINANCIAL SERVICE N.A., LLC WITH PREJUDICE** |

Plaintiff, Edward N. Smith, and Defendant BMW Financial Service N.A., LLC ("BMW Financial")  (collectively referred to as "Parties") stipulate and agree, by and through their respective attorneys of record, and subject to the court's approval, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with

///

///

///

///

///

prejudice as to BMW Financial, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

DATED this __17th__ day of February, 2016.     DATED this __17th__ day of February, 2016.

**LAW OFFICE OF**                              **HOLLAND & HART LLP**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                       */s/ Patrick J. Reilly*
Kevin L. Hernandez, Esq.                       Patrick J. Reilly, Esq.
Nevada Bar No. 12594                           Nevada Bar No. 6103
2879 St. Rose Parkway, Suite 130A              Andrea M. Champion, Esq.
Henderson, NV 89052                            Nevada Bar No. 13461
*Attorneys for plaintiff*                      9555 Hillwood Drive, 2nd Floor
                                               Las Vegas, Nevada 89134
                                               *Attorneys for BMW Financial Service, N.A., LLC*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BMW FINANCIAL SERVICE N.A., LLC

Pursuant to the stipulation of plaintiff and BMW Financial under FRCP 41(a), defendant BMW Financial shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED: __February 21, 2016.__